## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | | |
|---|---|---|
| ARDRAGUST D. TORRANCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 7:19-cv-0379-MHH-SGC |
| | ) | |
| DEBRA TONEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### MEMORANDUM OPINION

The magistrate judge filed a report on October 1, 2019, recommending this action be dismissed without prejudice for lack of prosecution. (Doc. 13). The magistrate judge advised Mr. Torrance of his right to file specific written objections within 14 days; to date, the Court has not received objections. Additionally, the report and recommendation has been returned as undeliverable. (Doc. 14).

Having reviewed the record, the Court adopts the magistrate judge's report and accepts her recommendation. The Court will dismiss this action without prejudice for lack of prosecution.

The Court will enter a final order.

**DONE** this 25th day of October, 2019.

**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE